Phil JONES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 337, 2015

Supreme Court of Delaware.

Submitted: September 11, 2015

Decided: September 14, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 140601333

DISMISSED.

Jorge RIVERA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 455, 2015

Supreme Court of Delaware.

Submitted: September 11, 2015

Decided: September 14, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 1210010331

DISMISSED.

Evan W. SCOTT,[1] Petitioner
Below, Appellant,

v.

Jessica R. KRAFT, Respondent
Below, Appellee.

No. 78, 2015

Supreme Court of Delaware.

Submitted: July 24, 2015

Decided: September 15, 2015

Court Below—Family Court of State of Delaware in and for Kent County, File No. CK12–01741, Pet. No. 14–08317

AFFIRMED.

Dallas PORTER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 162, 2015

Supreme Court of Delaware.

Submitted: August 31, 2015

Decided: September 17, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1308017185

AFFIRMED.

1. By Order dated March 2, 2015, the Court *sua sponte* assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).